In the Matter of the Estate of MARY J. HAVEMEYER, Deceased.

(Argued May 26, 1896; decided June 2, 1896.)

MOTION to dismiss appeal.

*Leavitt, Wood & Keith* for motion.

*Isaac H. Maynard* and *Abram Kling* opposed.

Motion denied, with ten dollars costs.

---

CHARLES HOFFMAN et al., as Executors, etc., of ALEXANDER RICH, Deceased, et al., Appellants, *v.* THE MANHATTAN RAILWAY COMPANY et al., Respondents.

(Argued May 25, 1896; decided June 2, 1896.)

MOTION to amend notice of appeal. This is an appeal by the plaintiffs from a judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered March 16, 1894, which affirmed a final judgment of that court. Prior to the entry of the final judgment an interlocutory judgment was entered, and affirmed by the General Term, from which the plaintiffs appealed to the Court of Appeals, where the appeal was dismissed upon the ground that the judgment was not a final judgment. (See *Rich* v. *Manhattan Ry. Co.*, 138 N. Y. 668.) The motion was to amend the notice of appeal by adding thereto: " And the plaintiff intends to bring up for review upon the appeal the interlocutory judgment * * * and the order of the General Term of the New York Common Pleas affirming said interlocutory judgment and each and every part thereof."

*Isaac H. Maynard* and *Leo C. Dessar* for motion.

*Julien T. Davies* and *Brainard Tolles* opposed.

Motion denied, for want of power, without costs.